**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 1ST TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>            v.<br><br>WILD TANGENT,<br><br>      Defendant. | Case No. 12 C 9139<br><br>The Hon. Robert M. Dow<br><br>**JURY DEMANDED** |

### RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff 1st Technology, LLC hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff respectfully submits that it believes no court order is required to effect this dismissal.

Dated: December 27, 2012         Respectfully submitted,

/s/ Michael La Porte
William Flachsbart
wwf@fg-law.com
Michael R. La Porte
mrl@fg-law.com
FLACHSBART & GREENSPOON, LLC
333 North Michigan Avenue, 27th Floor
Chicago, Illinois  60601
T:  312-551-9500
F:  312-551-9501

ATTORNEYS FOR PLAINTIFF,
1st Technology, LLC